PATRICK W. HENNESSY, Respondent, *v.* NELSON KING et al., Appellants.

(Submitted October 25, 1929; decided November 19, 1929.)

*George J. Moore* for appellants.
*Frederick G. Paddock* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.